UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL WAKNINE AND JEANNE BENNY-WAKNINE, | : : : | |
| Plaintiffs, | : | Case No. 3:23-cv-00505 (VLB) |
| v. | : : | |
| AMGUARD INSURANCE COMPANY | : : | June 14, 2023 |
| Defendant. | : | |

### JOINT STATEMENT RE. JUNE 6, 2023 ORDER

Plaintiffs, Samuel Waknine and Jeanne Benny-Waknine ("Plaintiffs") and defendant AmGUARD Insurance Company ("AmGUARD"), through their respective undersigned counsel, respectfully submit the following joint statement in response to the Court's June 6, 2023 Order, Doc. No. 18.

This action was commenced in Connecticut Superior Court and removed to this Court on April 21, 2023. Plaintiffs' counsel filed their Notices of Appearance on April 26, 2023. Because the case was removed by Defendant, Plaintiffs' counsel reasonably believed that the 30-day period to engage in a Rule 26(f) conference with Defendant's counsel began to run from April 26, 2023, the date of Plaintiff's counsel's respective appearances. Counsel thereafter engaged in a Rule 26(f) conference on May 24, 2023, within 30-days of Plaintiffs' counsel's appearances. Following the meet and confer, which was preceded by Plaintiffs' counsel circulating a draft 26(f) report on the District's form for discussion during the 26(f) conference, counsel exchanged comments to the draft report, finalized a report, and then sought client approval. It was always counsel intent to comply with the

time limits of D. Conn. Civ. R. 26(f), but due to other pressing matters, including an ongoing trial, these matters took a bit more time than anticipated.

**Respectfully Submitted**

| | |
|---|---|
| **PLAINTIFFS,**<br>**SAMUEL WAKNINE AND**<br>**JEANNE BENNY-WAKNINE**<br><br>By: *James M. Moriarty*<br>Matthew K. Beatman (ct08923)<br>James Moriarty, Esq. (ct21876)<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>(203) 368-5475<br>mbeatman@zeislaw.com<br>jmoriarty@zeislaw.com | **DEFENDANT,**<br>**AMGUARD INSURANCE**<br>**COMPANY**<br><br>By: *Robyn E. Gallagher*<br>Robyn E. Gallagher (ct29596)<br>Michael Menepace (ct26610)<br>Wiggin & Dana LLP<br>20 Church Street<br>Hartford, CT 06103<br>(860) 297-3700<br>rgallagher@wiggin.com<br>mmenapace@wiggin.com |