Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK: J. Reis    RPTR/ECRO/TAPE: Melissa Cianciullo

TOTAL TIME: ___ hours  42 minutes

DATE: 3/4/2024    START TIME: 10:04 AM    END TIME: 10:46 AM

LUNCH RECESS  FROM: ___ TO: ___

RECESS (if more than ½ hr)  FROM: ___ TO: ___

CIVIL NO. 3:23-cv-00505-SRU

Waknine et al    James M. Moriarty
                  Plaintiff's Counsel

vs

AmGUARD Insurance Company    Michael Menapace
                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing        [ ] Show Cause Hearing
[ ] Evidentiary Hearing   [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ….# 16   Motion to Dismiss by AmGUARD Insurance Company    [✓] granted in part  [✓] denied in part  [ ] advisement
[✓] ….# 32   Motion to Compel by AmGUARD Insurance Company     [ ] granted  [✓] denied without prejudice  [ ] advisement
[ ] ….#___   Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….#___   Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….#___   Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….#___   Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….#___   Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….        Oral Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….        Oral Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….        Oral Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….        Oral Motion _____    [ ] granted  [ ] denied  [ ] advisement
[ ] ….   [ ] Briefs(s) due ___  [ ] Proposed Findings due ___  Response due ___
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   _____   [ ] filed  [ ] docketed
[ ] ……   Hearing continued until ___ at ___

Notes: Count 3 is dismissed.