UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL WAKNINE AND JEANNE BENNY-WAKNINE, : : : | |
| Plaintiffs, : | Case No. 3:23-cv-00505 (SRU) |
| v. : : | |
| AMGUARD INSURANCE COMPANY : : | November 26, 2024 |
| Defendant. : | |

**MOTION FOR JURY TRIAL**

Pursuant to Federal Rules of Civil Procedure 39(b) and 6(b), and for the reasons set forth in their accompanying Memorandum of Law, plaintiffs, Samuel Waknine and Jeanne Benny-Waknine, by and through their undersigned counsel, respectfully move for entry of an order ordering a jury trial on each of the four remaining counts of their complaint.

        PLAINTIFFS,
        SAMUEL WAKNINE AND
        JEANNE BENNY-WAKNINE

        By: */s/ James M. Moriarty*
        Matthew K. Beatman (ct08923)
        James Moriarty, Esq. (ct21876)
        Zeisler & Zeisler, P.C.
        10 Middle Street
        15th Floor
        Bridgeport, CT 06604
        (203) 368-4234
        (203) 368-5475
        mbeatman@zeislaw.com
        jmoriarty@zeislaw.com

**ORAL ARGUMENT REQUESTED**