## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL WAKNINE and JEANNE BENNY-WAKNINE, | : | |
| | : | |
| Plaintiffs | : | CASE NO. 23cv505 |
| | : | |
| v. | : | |
| | : | |
| AMGUARD INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | DECEMBER 18 2025 |
| _____ | : | |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record, please enter my appearance for the plaintiffs Samuel Waknine and Jeanne Benny-Waknine and further requests service of all notices, pleadings and other paper filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: December 18 at Ansonia, Connecticut

**THE PLAINTIFFS,
SAMUEL WAKNINE AND JEANNE
BENNY-WAKNINE**

By their attorney,

   */s/ MARTIN LEONARD CAINE III*
Martin Leonard Caine III, Esq.
(CT-10054)
Caine & Caine
246 East Main Street Unit 3
Torrington, CT 06790
Telephone: (203) 560-2500
Fax (203) 293-6163
E-mail:  caineandcaine@aol.com