UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL WAKNINE AND JEANNE BENNY-WAKNINE, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-00505 (SRU) |
| v. | : | |
| | : | |
| AMGUARD INSURANCE COMPANY | : | |
| | : | August 19, 2026 |
| Defendant. | : | |

**EMERGENCY MOTION FOR EXTENSION OF TIME**

Defendant AmGuard Insurance Company ("AmGuard") hereby moves for an extension of time to review and lodge objections to Plaintiffs' list of trial exhibits. Pursuant to the Court's Pre-Trial Order, Doc. No. 82, the Parties were to exchange exhibits 14 days prior to the start of trial (which was Monday, August 17, 2026). Seven days prior to trial (Monday, August 24, 2026) the Parties are to jointly file a list of exhibits to which there is no objection. *Id.*

Although the Court set Monday, August 17 as the date for the Parties to exchange trial exhibits, the Parties agreed that they would do so on Friday, August 14.[1] AmGuard produced its proposed trial exhibits to Plaintiffs on August 14, 2026, in accordance with the Parties' agreement. Furthermore, AmGuard reminded Plaintiffs of that agreement on August 13 and then again on August 14, with no response. AmGuard intends to file, on Monday, August 24, 2026, the list of the trial exhibits it proposes to offer to which there has been no objection and, therefore, meet the Court's deadline.

[1] This agreement was reached via telephone on August 5, 2026.

But Plaintiffs have not provided AmGuard with their proposed exhibits.[2] Consequently, AmGuard has not been able to review Plaintiffs' proposed documents and assert objections. It is now past the Parties' agreed date for exchange and date for the Court-ordered exchange.[3]

The Parties were in regular contact yesterday, August 18, 2026. And, indeed, around 7:00 PM, Plaintiffs' counsel indicated that the remaining exhibits were ready but did not send them – despite having been provided a link for upload of large exhibits and having previously just attached eight exhibits to e-mail. Thus, it is possible that AmGuard will receive all exhibits today – the second day following the deadline.

However, given the uncertainty regarding when AmGuard will receive Plaintiffs' proposed exhibits, and the need to review them carefully to assert objections, AmGuard seeks an extension of time to six days from the day it receives the last of Plaintiffs' exhibits to assert any objections so that Plaintiffs can submit to the Court its list of exhibits to which AmGuard has not objected. Assuming all exhibits are received today, AmGuard would have until August 25 to assert objections and Plaintiffs would have until August 26, 2026 to submit its list of trial exhibits to which no objection has been made.

This motion is filed three days before the relevant deadline, in accordance with Local Rule 7(b)(3). Plaintiffs consent to the relief requested.

---

[2] On Tuesday, August 18, Plaintiffs emailed AmGuard eight exhibits that they said they would include on their proposed exhibit list, but they planned to redact portions of the eight exhibits. AmGuard has not seen the proposed redactions and will object to redactions based on FRE 106. Notably, the exhibits provided do not correspond to Plaintiffs' exhibit list provided to the Court with the pre-trial memorandum. This means that AmGuard cannot review the documents for objections until they are actually provided.

[3] Defendant recognizes that a portion of the delay is caused by the illness of one of Plaintiffs' counsel, which is also responsible for Plaintiffs' failure to respond to outstanding motions. Defense counsel does not seek to minimize the effect that may have, but instead seeks only to avoid prejudice to its client on the eve of trial.

Respectfully submitted,

**DEFENDANT**
**AMGUARD INSURANCE COMPANY**

**By:** */s/ Michael Menapace*
Michael Menapace, Esq. (ct26610)
Robyn E. Gallagher, Esq. (ct29596)
Jared Lincoln, Esq. (ct31884)
Wiggin and Dana LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Fax: (860) 297-3799
E-mail: mmenapace@wiggin.com
rgallagher@wiggin.com
jlincoln@wiggin.com

*Its Attorneys*